■ In the Matter of Irving Bartholomay, Respondent, v Mary Bartholomay, Appellant. [807 NYS2d 908]—Appeal from an order of the Family Court, Oneida County (Frank S. Cook, J.), entered May 12, 2003 in a proceeding pursuant to Family Court Act article 4. The order, among other things, terminated petitioner's child support obligation.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for the

reasons stated in decision at Family Court. Present—Pigott, Jr., P.J., Hurlbutt, Martoche, Pine and Hayes, JJ.